# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAELEIGH HERRING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOPEWELL FUND,<br><br>Defendant. | Case No.: 3:25-cv-00723-H-DDL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On March 27, 2025, Plaintiff Haeleigh Herring filed a class action complaint against Defendant Hopewell Fund. (Doc. No. 1.) On March 27, 2025, the summons was issued. (Doc. No. 2.) On July 15, 2025, the Clerk of Court provided notice of a hearing and order to show cause why the case should not be dismissed for failure to serve pursuant to Local Rule 4.1(b). (Doc. No. 3.) On August 4, 2025, the Court held the hearing pursuant to the notice, but neither party appeared. Accordingly, the Court dismisses the case without prejudice for failure to serve. See Fed. R. Civ. P. 4(m). The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 4, 2025

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT